JUDGE OF PROBATE *v.* SOUTHARD *& a.*

By s. 7, c. 327, Laws 1846, when a husband was administrator of his intestate wife, the legal and beneficial title of her personalty vested in him, subject to the payment of her debts.

One claiming as next of kin, but not entitled to a distributive share of an intestate estate, cannot maintain an action on the administrator's bond for breach of the condition which requires him to return an inventory.

DEBT, on an administrator's bond given by the defendant Southard, as administrator of his wife, to whom he was married in 1845. She died intestate, November 1, 1856, leaving personal property which he had not reduced to his possession during her life, and of which he has not returned an inventory. The suit is brought for the benefit of their daughter. Facts found by a referee.

*G. F. Putnam*, for the plaintiff.

*S. B. Page* and *G. A. Bingham*, for the defendants.

DOE, C. J. Mr. Southard being administrator of his wife's estate, the legal as well as the beneficial title of her personal property vested in him, subject to the payment of her debts. Laws 1846, c. 327, s. 7; *Judge of Probate* v. *Chamberlain*, 3 N. H. 129; *Parsons* v. *Parsons*, 9 N. H. 309, 321; *Weeks* v. *Jewett*, 45 N. H. 540; *Atherton* v. *McQuesten*, 46 N. H. 205. As the daughter has no interest in the estate, she cannot complain of the non-return of an inventory. *Gookin* v. *Hoit*, 3 N. H. 392.

*Judgment for the defendants.*

BLODGETT, J., did not sit: the others concurred.